978 A.2d 914

IN THE MATTER OF JAMES C. EZEILO,
AN ATTORNEY AT LAW.

September 15, 2009.

## ORDER

This matter have been duly presented to the Court pursuant to Rule 1:20–10(b), following a motion for discipline by consent in DRB 08–303, of **JAMES C. EZEILO,** formerly of **NEWARK,** who was admitted to the bar of this State in 1997;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.15(a) (negligent misappropriation of escrow funds), and the provisions of *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping deficiencies);

And the parties having agreed that respondent's conduct violated *RPC* 1.15(a), *RPC* 1.15(d) and *Rule* 1:21–6, and that said conduct warrants a reprimand;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's ethics violations and having granted the motion for discipline by consent in District Docket Nos. XIV–07–321E and XIV–07–322E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And the Court having ordered respondent to show cause why the Court should accept the discipline by consent or why the Court should not take other action as it deems appropriate;

And the Court having considered the additional submissions of respondent and the Office of Attorney Ethics and having determined to accept the discipline by consent;

And good cause appearing;

It is ORDERED that **JAMES C. EZEILO,** formerly of **NEW-ARK,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.